**IT IS ORDERED as set forth below:**

**Date: September 02, 2009**

_____
**Robert E. Brizendine**
**U.S. Bankruptcy Court Judge**

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | : CASE NO 09-21543-REB |
| | : CHAPTER 13 |
| JEZABEL MABELI QUINTANA | : |
|     Debtor | : |
| ------------------------------------- | ------------------------------- |
| U.S. BANK, N.A. AS SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| JEZABEL MABELI QUINTANA BENJAMIN MARTINEZ, Co-Debtor NANCY J. WHALEY, Trustee | : |
|     Respondents. | : |

### ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

A hearing on the above-styled Motion for Relief from the Automatic Stay and Co-Debtor Stay filed on August 4, 2009 (Doc #33) by U.S. BANK, N.A. AS SUCCESSOR BY MERGER TO THE LEADER MORTGAGE COMPANY, (hereinafter, "U.S. BANK"), came before the Court on **August 25, 2009**. Relief is sought as to the real property located in Hall, GA, now or formerly known as 3732 ALLEN DRIVE, FLOWERY BRANCH, GA 30542 (the "Property").

Neither Debtor, Co-Debtor nor the Trustee oppose the relief sought. Movant asserts that the Motion was properly served and hearing noticed. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED** as follows: the automatic stay pursuant to 11 U.S.C. § 362 and co-debtor stay as to BENJAMIN MARTINEZ pursuant to 11 U.S.C. § 1301 are hereby **MODIFIED** to allow Movant to proceed to obtain possession of and foreclose or otherwise dispose of the Property in pursuit of its state law remedies, including, but not limited to, commencing or continuing dispossessory proceedings, or taking action against said property to recover upon its secured claim; however, any proceeds remaining after foreclosure or other disposition of the property which exceed the lawful debt and the expenses of sale incurred by Movant (if allowed by law and the Note) shall be remitted promptly to the Chapter 13 Trustee. The Trustee may cease disbursements to Movant on its Proof of Claim.

**[END OF DOCUMENT]**

Prepared and submitted by:

/s/Matthew J. Lee
Matthew J. Lee
Attorney for Movant
Georgia State Bar No. 140814
Adorno & Yoss, LLC
1349 West Peachtree Street
Suite 1500
Atlanta, GA 30309
(404) 347-8300
mlee@adorno.com

No Opposition to by:

/s/Jeanne Morton, GA Bar No. 142605 by Matthew J. Lee with express permission
for Nancy J. Whaley
Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Ave., Suite 120
Atlanta, GA 30303
(678) 992-1201
nwhaley@njwtrustee.com

## DISTRIBUTION LIST

Benjamin Martinez
3732 Allen Drive
Flowery Branch, Ga 30542


Jezabel Mabeli Quintana
2766 Valley Green Drive
Gainesville, Ga 30504


Anthony B. Sandberg, Esq.
The Sandberg Law Firm
International Tower - Suite 705
229 Peachtree Street, NE
Atlanta, GA 30303


Nancy J. Whaley, Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303


Matthew J. Lee, Esq.
Adorno & Yoss, LLC
1349 West Peachtree Street
Suite 1500
Atlanta, GA 30309